UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
FEB 19 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO.   1:25-cr-27-SEB-KMB |
| DANIEL ELLIOTT, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges that:

### General Allegations

At all times relevant to this Indictment:

1. In 2024, up to and including the present date, Defendant DANIEL ELLIOTT resided in Indianapolis, within the Southern District of Indiana.

2. Victim 1, an individual known to the Grand Jury, was a resident of Virginia.

3. Victim 2, an individual known to the Grand Jury, was a resident of Michigan.

4. Victim 3, an individual known to the Grand Jury, was a resident of New York.

5. Victim 2 worked with ELLIOTT between 2017 and 2019 at a law firm in Michigan. ELLIOTT left the firm in December of 2019.

6. ELLIOTT has never met Victim 1 or Victim 3.

1

## COUNT 1
## Transmitting Threats via Interstate Communications
## 18 U.S.C. § 875(c)

7. Paragraphs 1, 2, and 6 through 8 are incorporated by reference as though fully set forth herein.

8. On or about May 5, 2024, in the Southern District of Indiana, the defendant, Daniel ELLIOT, did knowingly transmit in interstate commerce an email communication over the internet containing a true threat to injure the person of another. Specifically, the defendant sent an email to Victim 1, stating "If you have children – I am going to find them and murder you in front of them." The defendant sent this email to Victim 1 for the purpose of making a threat, knowing the communication would be viewed as a threat, and with the conscious disregard that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
## Transmitting Threats via Interstate Communications
## 18 U.S.C. § 875(c)

9. Paragraphs 1, 3, 5, and 6 through 8 are incorporated by reference as though fully set forth herein.

10. On or about May 5, 2024, in the Southern District of Indiana, the defendant, Daniel ELLIOT, did knowingly transmit in interstate commerce an email communication over the internet containing a true threat to injure the person of another. Specifically, the defendant forwarded the email referenced in Count 1 to

Victim 2, stating "If you have children – I am going to find them and murder you in front of them." The defendant sent this email to Victim 2 for the purpose of making a threat, knowing the communication would be viewed as a threat, and with the conscious disregard that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Section 875(c).

COUNT 3
Transmitting Threats via Interstate Communications
18 U.S.C. § 875(c)

11.	Paragraphs 1, 4, and 6 through 8 are incorporated by reference as though fully set forth herein.

12.	On or about October 9, 2024, in the Southern District of Indiana, the defendant, Daniel ELLIOT, did knowingly transmit in interstate commerce an email communication over the internet which contained a true threat to injure Victim 3, in that the defendant sent an email to Victim 3's employer threatening to kill Victim 3, stating:

> "CUNT WILL GET KNIVED"
>
> "ARREST THIS CUNT OR I WILL KILL HER MYSELF"
>
> "I'll kill you myself if the government doesn't"
>
> "Your cunt is dead."
>
> "there is nothing in my life you do not ruin"
>
> "I hope your family has some serious protection."
>
> "die."

3

13. The defendant sent this email to Victim 3's employer for the purpose of making a threat, knowing the communication would be viewed as a threat, and with the conscious disregard that the communication would be viewed as a threat.

All in violation of Title 18, United States Code, Section 875(c).

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Kelsey L. Massa
Assistant United States Attorney
mpb